## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**MICHAEL MORSE**                                                      **PLAINTIFF**

**v.**                                       **CASE NO: 1:25-cv-00048-LG-BWR**

**BROOKS HOLDINGS, LLC and**
**JOHN DOES 1-5**                                           **DEFENDANTS**

### ORDER GRANTING BROOKS HOLDINGS, LLC'S
### UNOPPOSED MOTION TO SUBSTITUTE PARTY

BEFORE THE COURT is Brooks Holdings, LLC's Unopposed Motion to Substitute Party [4]. Brooks Holdings, LLC seeks to substitute Brooks Restaurants, Inc. as the party Defendant. No party objects to this Motion [4]. The Motion [4] is granted and the Clerk of Court is directed to amend the docket to reflect the substituted party. Brooks Holdings, LLC is hereby dismissed from this case with prejudice. Brooks Restaurants, Inc. shall file its answer or other response to Plaintiff's complaint by March 31, 2025.

**IT IS, THEREFORE, ORDERED** that Brooks Holdings, LLC's Unopposed Motion to Substitute Party [4] is **GRANTED**.

**IT IS, FURTHER, ORDERED** that the Clerk of Court is directed to substitute Brooks Restaurants, Inc. for Brooks Holdings, LLC.

**IT IS, FURTHER, ORDERED** that Brooks Holdings, LLC is dismissed from this case with prejudice.

**IT IS, FURTHER, ORDERED** that Brooks Restaurants, Inc. shall file its answer or other response to Plaintiff's Complaint by March 31, 2025.

**SO ORDERED**, this the 26th day of March, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE